# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2089. ARTHUR SHERMAINE BUSSEY v. THE STATE.**

In 2002, Arthur Shermaine Bussey pled guilty to burglary and theft by receiving. In 2019, Bussey filed a motion challenging the validity of his arrest warrant, which the trial court construed as an application for a writ of habeas corpus. The trial court denied the application, and Bussey appealed. We transferred the case to the Supreme Court based upon its exclusive jurisdiction over cases involving habeas corpus. The Supreme Court found that, because Bussey's motion was filed in his original criminal action, it was not properly construed as a habeas matter, and it returned the appeal to this Court. See Case Number S19A1522 (Aug. 19, 2019). We lack jurisdiction.

In substance, Bussey's motion challenging the arrest warrant is a challenge to the validity of his conviction. The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).

Because Bussey is not authorized to collaterally attack his conviction in this manner, this appeal is hereby DISMISSED. See id.; *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).



*Court of Appeals of the State of Georgia*
            *Clerk's Office, Atlanta,   10/17/2019*
            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*